## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   CRIMINAL NO.  00-00222 |
| | * |
| **DARRYL DEWAYNE SMITH** | * |

### NOTICE OF DEATH

COMES NOW the United States of America and gives this notice of death of the above named defendant.  Pursuant to 18 U.S.C. §3613(b), liability to pay a fine or restitution terminates upon the death of the defendant.  Therefore, this debt is no longer enforceable, and the United States releases its lien against defendant.

Dated: September 26, 2008

Respectfully submitted,

DEBORAH J. RHODES
UNITED STATES ATTORNEY


/s/ Patricia N. Beyer

By:

Patricia N. Beyer (BEYEP0254)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Fax: (251) 441-5044
E-mail: patricia.beyer@usdoj.gov